BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 1:11-cr-00153 OWW |
| ) | |
| Plaintiff,   ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE; ORDER |
| ) | |
| v.   ) | |
| ) | Date: July 18, 2011 |
| RUBEN GONZALEZ-GONZALEZ,   ) | Time: 9:00 a.m. |
| MARGARITO ZAVALA-BARRERA, and ) | Judge: Hon. Oliver W. Wanger |
| NOEL FERNANDO CANALES-AMADOR.   ) | |
| _____) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference now set for June 20, 2011, may be continued to **July 18, 2011, at 9:00 a.m.**

The reason for the continuance is to allow for further case preparation, investigation, and plea negotiations, and specifically to allow time for plea offers to be made and reviewed by the parties. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act

pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: June 10, 2011						Respectfully submitted,

								BENJAMIN B. WAGNER
								United States Attorney

							By:	/s/ Ian L. Garriques
								IAN L. GARRIQUES
								Assistant U.S. Attorney

Dated: June 10, 2011				By:	/s/ W. Scott Quinlan
								W. SCOTT QUINLAN
								Attorney for Defendant
								RUBEN GONZALEZ-GONZALEZ

Dated: June 10, 2011				By:	/s/ Annette T. Smurr
								ANNETTE T. SMURR
								Attorney for Defendant
								MARGARITO ZAVALA-BARRERA

Dated: June 10, 2011				By:	/s/ E. Marshall Hodgkins
								E. MARSHALL HODGKINS
								Attorney for Defendant
								NOEL FERNANDO CANALES-AMADOR

## O R D E R

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 10, 2011**				/s/ Oliver W. Wanger
								UNITED STATES DISTRICT JUDGE