BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 1:11-cr-00153 OWW |
|  ) | |
|     Plaintiff,   ) | STIPULATION TO CONTINUE STATUS |
|  ) | CONFERENCE; ORDER |
|  ) | |
|     v.   ) | |
|  ) | Date: August 29, 2011 |
| RUBEN GONZALEZ-GONZALEZ,   ) | Time: 9:00 a.m. |
| MARGARITO ZAVALA-BARRERA, and ) | Judge: Hon. Oliver W. Wanger |
| NOEL FERNANDO CANALES-AMADOR. ) | |
| _____) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference now set for July 18, 2011, may be continued to **August 29, 2011, at 9:00 a.m**.

The reason for the continuance is to allow for further case preparation, investigation, and plea negotiations, and specifically to allow time for plea offers to be reviewed by the parties.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18

U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: July 14, 2011                     Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ Ian L. Garriques
                                         IAN L. GARRIQUES
                                         Assistant U.S. Attorney

Dated: July 14, 2011                By:  /s/ W. Scott Quinlan
                                         W. SCOTT QUINLAN
                                         Attorney for Defendant
                                         RUBEN GONZALEZ-GONZALEZ

Dated: July 14, 2011                By:  /s/ Annette T. Smurr
                                         ANNETTE T. SMURR
                                         Attorney for Defendant
                                         MARGARITO ZAVALA-BARRERA

Dated: July 14, 2011                By:  /s/ E. Marshall Hodgkins
                                         E. MARSHALL HODGKINS
                                         Attorney for Defendant
                                         NOEL FERNANDO CANALES-AMADOR

# O R D E R

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 14, 2011**                     /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE